UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUIS GEOVANNY CAGUANA-CAGUANA, | * * * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 1:25-cv-13142-IT |
| | * | |
| ANTONE MONIZ, et al., | * * | |
| Respondents. | * | |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 6] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by November 20, 2025, and Respondents' Status Report [Doc. No. 8] indicating a bond hearing was conducted and Petitioner was granted bond, this action is CLOSED.

IT IS SO ORDERED.

February 19, 2026                                                  /s/ Indira Talwani
                                                                              United States District Judge